**Order filed October 4, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-09-00364-CV
_____

**GERARD STEPHAN LAZZARA, JR., Appellant**

**V.**

**JOYCE ANN LAZZARA, Appellee**

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-14931**

## O R D E R

On May 21, 2009, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-33361. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed February 27, 2012. The parties failed to advise this court of the bankruptcy court action. On September 13, 2012, the court notified the parties that the appeal was subject to dismissal for want of prosecution unless a response was filed demonstrating grounds for continuing the appeal.

On September 21, 2012, appellant's counsel filed a response stating that the estate continues to be managed by the court's designee. According to PACER, the estate has been administered and the bankruptcy trustee has been discharged. On February 27, 2012, United States Bankruptcy Judge Karen K. Brown signed an order stating that "[t]he estate has been fully administered," the trustee is discharged, the trustee's bond is cancelled and the case is closed.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM